# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **v.**

**THERESA A. PILON,**

        **Defendant.**

**Case No.  CR04-0020P**
**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION**

      **THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

      The plaintiff appears through Special Assistant United States Attorney, JANET FREEMAN; The defendant appears personally and represented by counsel; LINDA SULLIVAN;

      The U.S. Probation Office has filed a petition alleging violation of the terms and conditions of supervision, and the defendant has been advised of the allegation and maximum potential sanction if substantiated; and the court finding probable cause with regard to the allegation; the matter is scheduled for hearing on the following time and date before the Honorable MARSHA J. PECHMAN.

      **Date:**      **JANUARY 19, 2007**

      **Time:**      **10:00 A.M.**

    **(   ) Defendant is released pending the above scheduled hearing.**

    **( X ) Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.   .**

      The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

                                              **January 8, 2007.**

                                              **/s/ J. Kelley Arnold**
                                              **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1